IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW J. SANCHEZ,
       Plaintiff,

vs.                                           CIV NO.   1:15-00482-SMV

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,
       Defendant.

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 20) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 16), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until May 16, 2016, to file a response, and Plaintiff shall have until May 31, 2016, to file a reply.

SIGNED    April 13   , 2016.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 04/12/16*
LAURA HOLLAND
Special Assistant United States Attorney

*Electronically approved 04/08/16*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff