IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW J. SANCHEZ, )
    Plaintiff, )
 )
vs. ) Civ. No. 15-482-SMV
 )
CAROLYN W. COLVIN, )
Acting Commissioner, )
Social Security Administration, )
    Defendant. )

## ORDER

**IT IS HEREBY ORDERED THAT** upon consideration of Defendant's Unopposed Motion for Remand, the Court hereby REVERSES the Commissioner's decision in this matter and REMANDS the cause to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

This case is being remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter judgment in accordance with Fed. R. Civ. P. 58. The briefing schedule in this matter is vacated.

SIGNED ___May 16_____, 2016.

                                                    STEPHAN M. VIDMAR
                                                    United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 5/16/16*
MICHAEL S. HOWARD
Special Assistant United States Attorney

*Electronically approved 5/13/16*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff